IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FIERCE WHISKERS DISTILLERY, LLC** § <br> § <br> **PLAINTIFF,** § <br> § <br> VS. § <br> § <br> **STREET FACTORY MEDIA, INC.** § <br> § <br> **DEFENDANT.** § | **CIVIL ACTION NO. 1:24-CV-00292** |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Fierce Whiskers Distillery, LLC files this Original Complaint against Defendant Street Factory Media, Inc. for breach of contract, fraud, and fraudulent inducement and would respectfully show the Court as follows:

## I.
## PARTIES

1. Plaintiff Fierce Whiskers Distillery, LLC ("Fierce Whiskers") is a limited liability company organized in Texas with its principal place of business in Austin, Travis County, Texas.

2. Defendant Street Factory Media, Inc. ("Street Factory") is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota and who has conducted business in Texas. Street Factory may be served though its chief executive officer, Matthew Kelly, at 2942 Pleasant Avenue South, Minneapolis, MN 55408 or wherever he may be found.

## II.
## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441. Further, this Court has personal jurisdiction over Defendant because it conducts business and has committed torts in Texas as set forth in this complaint.

4. Venue is proper in the Western District of Texas, pursuant to 28 U.S.C. § 1391(b)(2) as a substantial part of the events giving rise to the Complaint occurred within the Western District of Texas.

## III.
## FACTUAL BACKGROUD

5. Fierce Whiskers was inspired by Austin, Texas' authentic, and sometimes, peculiar spirit. Fierce Whiskers set out to produce the best quality whiskey right in the heart of Austin, Texas.

6. In the first quarter of 2023, Fierce Whiskers sought out vendors to create authentic promotional events for its whiskey launch. The concept for the promotional events was a floating bar to be used on Lady Bird Lake in Austin, Texas for many years ("Promotional Events"). Lady Bird Lake was chosen due to its location being inside Austin City Limits and its proximity to Fierce Whiskers headquarters.

7. Fierce Whiskers and Street Factory engaged in discussions by phone and email to explore whether Street Factory would be retained for the Promotional Events. During these discussions, Street Factory represented that it had held numerous events on Lady Bird Lake and that obtaining permits and permission would not be an issue.

8. Based on these representations, on or about April 6, 2023, Fierce Whiskers and

Street Factory entered into a contract for a custom floating bar boat and the activation and logistics for Promotional Events (the "Contract"). A true and correct copy of the Contract is attached hereto and incorporated by reference as Plaintiff's Exhibit "1." The Contract required Street Factory to handle the activation and logistics, including location permits and permission for Lady Bird Lake for two weekends in June 2023.

9.     On June 21, 2023, Fierce Whiskers entered into a second contract with Street Factory for Street Factory to handle the activation and logistics of a third Promotional Event – June 24 and 25 (the "Second Contract"). A true and correct copy of the Second Contract is attached hereto and incorporated by reference as Plaintiff's Exhibit "2."

10.    On or about June 22, 2023, Fierce Whiskers received a Cease and Desist Letter from the City of Austin ("Cease and Desist Letter"). A true and correct copy of the Cease and Desist Letter is attached hereto and incorporated by reference as Plaintiff's Exhibit "3." After discussions with City of Austin officials, Fierce Whiskers learned that Street Factory never received the required permits or permission to hold the promotional events on Lady Bird Lake.

11.    All conditions precedent have been performed, satisfied, or waived.

## VI.
## CAUSES OF ACTION

12.    Fierce Whiskers incorporates by reference and re-alleges each of the foregoing paragraphs.

**A.     Breach of Contract.**

13.    Street Factory is liable to Fierce Whiskers for breach of contract. A valid and

enforceable contract existed between Street Factory and Fierce Whiskers. Fierce Whiskers substantially performed its obligations under the agreement until the agreement was breached by Street Factory. Street Factory breached the agreement by failing to obtain all necessary permits and permissions for the Promotional Events on Lady Bird Lake.

14. As a direct and proximate result of the wrongful conduct alleged above, Fierce Whiskers has suffered actual and consequential damages within the jurisdictional limits of this Court.

**B.     Fraud.**

15. Street Factory is liable for fraud against Fierce Whiskers. Street Factory committed fraud against Fierce Whiskers by knowingly and/or recklessly making representations that it had previously obtained permits and permission for other promotional events on Lady Bird Lake. Fierce Whiskers relied on Street Factory's misrepresentations and false promises by agreeing to purchase a floating bar boat from Street Factory.

16. As a direct and proximate result of the wrongful conduct alleged above, Fierce Whiskers has suffered actual and consequential damages within the jurisdictional limits of this Court.

**C.     Fraudulent Inducement**

17. Street Factory is liable for fraudulent inducement against Fierce Whiskers. Street Factory represented at the outset that Fierce Whiskers would be able to hold promotional events on Lady Bird Lake for the foreseeable future. In addition, Street Factory represented that it had and would obtain all necessary permits and permission to hold promotional events on Lady Bird Lake. Street Factory was aware of Lady Bird Lake's importance to

Fierce Whiskers.

18. The above representations were knowingly, intentionally, and/or recklessly false. Street Factory intended for Fierce Whiskers to rely upon its misrepresentations, and Fierc Whiskers did rely on them by agreeing to purchase a floating bar boat.

19. As a direct and proximate result of the wrongful conduct alleged above, Fierce Whiskers has suffered actual and consequential damages within the jurisdictional limits of this Court.

## VII.
## DAMAGES AND ATTORNEY'S FEES

20. Fierce Whiskers seeks actual and consequential damages within the jurisdictional limits of this Court.

## VIII.
## EXEMPLARY DAMAGES

21. Street Factory's knowing and intentional misconduct was willful and malicious and undertaken with malice or, at a minimum, gross negligence.

22. Fierce Whiskers is entitled to exemplary damages in the maximum amount allowed by Tex. Civ. Prac. & Rem. Code §§ 41.003(a).

## IX.
## JURY DEMAND

23. Fierce Whiskers hereby requests a trial by jury and tenders payment of the jury fee.

## PRAYER

WHEREFORE, Plaintiff Fierce Whiskers Distillery, LLC respectfully request that on final trial, it be awarded the following:

1. Judgment against Defendant for actual, consequential and exemplary damages within the jurisdictional limits of this Court;

2. Pre-judgment and post-judgment interest at the rate allowed by law until paid;

3. Costs of court; and

4. Such further relief at law or in equity, to which Plaintiff may by this pleading or proper amendment, thereto, show itself justly entitled.

Dated: March 18, 2024.

          Respectfully submitted,

          **MAI & NA PLLC**

          By: /s/ John Na
             JOHN NA
             john@mnnlawfirm.com
             Federal Bar No. 1125428
             State Bar No. 24074786
             9999 Bellaire Blvd., Ste. 508
             Houston, Texas 77036
             Telephone: (713) 505-1637
             Telecopier: (832) 553-2689

          **COUNSEL FOR PLAINTIFF**
          **FIERCE WHISKERS DISTILLERY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record by e-serve, email and/or first-class mail on this the 18th day of March 2024.

          */s/ John Na*
          JOHN NA